**Order Filed on January 26, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br><br>Margarita Cespedes,<br><br>        Debtor. | Case No.: 17-30633-SLM<br><br>Chapter: 13<br><br>Hearing Date: January 24, 2018<br><br>Judge: Stacey L. Meisel |

## ORDER DENYING MOTION WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) through ____2____ is **ORDERED**.

**DATED: January 26, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Margarita Cespedes |
| Case No.: | 17-30633-SLM |
| Caption of Order: | Order Denying Motion Without Prejudice |

**THIS MATTER** having been brought before the Court on a *Amended Motion to Reinstate the Case and Grant In Rem Relief from Stay* (Docket No. 19) ("**Motion**") by Creditor CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB, by and through its counsel, Brian C. Nicholas, Esq., this Court finds:

**WHEREAS** the Motion is deficient for the following reason(s):

❏ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☒ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

❏ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

☒ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

☒ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

❏ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

❏ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

❏ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the Court's website. Specifically, Movant failed to serve the subject creditor at the address listed on the Proof of Claim for receipt of notices pursuant to Fed. R. Bankr. P. 3007.

❏**Other:**

It is hereby

**ORDERED** that the Motion is DENIED, without prejudice.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-30633-SLM
Margarita Cespedes                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jan 26, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.
db          +Margarita Cespedes,   509 North 5th Street,   Harrison, NJ 07029-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
           Bank, FSB bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
           Bank, FSB rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4